UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:25-CV-01906 JMB |
| ) | |
| CO1 UNKNOWN ADAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Larry Edwards, an inmate at Northeast Correctional Center (NECC), filed this civil rights action for money damages on December 29, 2025, concerning a failure to protect claim which occurred at Eastern Reception Diagnostic Center (ERDCC) in September of 2024. However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file a motion seeking leave to commence this action without payment of fees or costs may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion seeking leave to commence this action without prepaying fees or costs, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 12th day of January, 2026.

                                                */s/ John M. Bodenhausen*
                                                JOHN M. BODENHAUSEN
                                                UNITED STATES MAGISTRATE JUDGE